# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GONSALVES,<br><br>    Plaintiff,<br><br>  v.<br><br>T. LE, et al.,<br><br>    Defendants. | Case No. EDCV 19-1822-ODW (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: June 1, 2021

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE